**Order filed March 17, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-18-01082-CR
_____

**PHILIP BATTLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1532847**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Hearing Exhibit No. 1**

**DVD Defendant's statement and State's Exhibit No. 190 DVD defendant's statement.**

The exhibit clerk of the 248th District Court is directed to deliver to the Clerk of this court the original of Hearing Exhibit No. 1 DVD Defendant's statement and State's Exhibit No. 190 DVD defendant's statement, on or before **March 24, 2020.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Hearing Exhibit No. 1 DVD Defendant's statement and State's Exhibit No. 190 DVD defendant's statement, to the clerk of the 248th District Court.

/s/ Richard Hightower
Justice
Acting for the court

Panel consists of Justices Keyes, Lloyd, and Hightower